# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1151** | **September Term, 2024** |
| | EPA-89FR37028 |
| | Filed On: October 29, 2024 [2082648] |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Olin Corporation, et al.,
              Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

## O R D E R

    Upon consideration of the unopposed motion of the Chamber of Commerce of the United States of America and the National Association of Manufacturers for leave to participate as amici curiae, and the lodged brief amici curiae, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                            BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk