| | |
|---|---|
| **No. 24-1151** | **September Term, 2024** |
| | EPA-89FR37028 |
| | **Filed On: February 14, 2025** [2100764] |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Olin Corporation, et al.,
    Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

    **BEFORE:**    Wilkins and Rao, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of intervenor Olin Corp. for leave to file a corrected reply brief, and the lodged corrected reply brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged corrected reply brief.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk